# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chee Vang, et al., | NO. CV-18-03870-PHX-DWL |
| Plaintiffs, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| State Farm Mutual Automobile Insurance Company, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 17, 2019, judgment is entered in favor of defendant and against plaintiffs. Plaintiffs to take nothing, and the complaint and action are dismissed without prejudice.

Brian D. Karth
District Court Executive/Clerk of Court

April 17, 2019

By   s/ E. Aragon
     Deputy Clerk